UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | | |
|---|---|---|---|---|
| Case No. | 8:24-cv-00905-SPG-DFM | JS-6 | Date | September 30, 2024 |
| Title | Theresa Brooke v. LHMLP Inc. | | | |

**Present: The Honorable** SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) ORDER

The docket reflects that Plaintiff is not actively pursuing this matter and failed to take any action in response to the Court's Order issued July 17, 2024, which stated that "[f]ailure to respond will be deemed consent to the dismissal of the action." (ECF No. 17 ("Order") at 1). Consistent with the Order, the Court hereby DISMISSES this case without prejudice.

**IT IS SO ORDERED.**

00 : 00

Initials of Preparer    pg